ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
ARMEN ZOHRABIAN (230492)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
azohrabian@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN HESSEFORT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUPER MICRO COMPUTER, INC., et al., <br><br> Defendants. | Lead Case No. 3:18-cv-00838-JST <br><br> CLASS ACTION <br><br> JOINT STIPULATION AND [PROPOSED] ORDER RE: FILING OF CONSOLIDATED COMPLAINT BY LEAD PLAINTIFF, DEFENDANTS' RESPONSE THERETO, AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

1442805_2

1        WHEREAS, on February 8, 2018, two class action complaints were filed against Defendants

2  Super Micro Computer, Inc. (the "Company"), Charles Liang, and Howard Hideshima (collectively,

3  "Defendants"): (1) *Hessefort v. Super Micro Computer*, Inc. No 3:18-cv-838 (ECF No. 1), and (2)

4  *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. Super*

5  *Micro Computer, Inc.*, No. 3:18-cv-850-JST (ECF No. 1) (collectively, the "Complaints");

6        WHEREAS, the Complaints allege claims under the federal securities laws, regarding among

7  other matters the Company's failure to timely file its 2017 Annual Report on Form 10-K and other

8  financial statements in light of an internal investigation into revenue recognition, that are subject to

9  the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("Reform Act"),

10  including those set forth in 15 U.S.C. §78u-4;

11        WHEREAS, on April 9, 2018, New York Hotel Trades Council & Hotel Association of New

12  York City, Inc. Pension Fund ("Pension Fund") moved for an order: (1) consolidating the related

13  actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing the Pension Fund as lead plaintiff; and (3)

14  approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP ("Robbins Geller")

15  as lead counsel;

16        WHEREAS, on May 8, 2018, the Court found *United Union of Roofers, Waterproofers &*

17  *Allied Workers Local Union No. 8 WBPA Fund v. Super Micro Computer, Inc.*, No. 3:18-cv-850 to

18  be related to *Hessefort v. Super Micro Computer, Inc.*, No 3:18-cv-838 (ECF No. 41);

19        WHEREAS, on May 9, 2018, the Clerk issued notice that the Initial Case Management

20  Conference set for May 24, 2018, was continued to August 29, 2018, and that a Joint Case

21  Management Statement was due by 5:00 p.m. on August 20, 2018 (ECF No. 42);

22        WHEREAS, on May 25, 2018, the Court appointed the Pension Fund as lead plaintiff,

23  approved Plaintiff's selection of Robbins Geller Rudman & Dowd as lead counsel, and consolidated

24  *Hessefort v. Super Micro Computer, Inc.*, No 3:18-cv-838 and *United Union of Roofers,*

25  *Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. Super Micro Computer, Inc.*,

26  No. 3:18-cv-850.  ECF No. 46;

27        WHEREAS, the Company has not yet filed its SEC Form 10-K for Fiscal Year 2017, or its

28  Forms 10-Q for the quarters ended September 30, 2017, December 31, 2017, or March 31, 2018;

1    WHEREAS, on May 10, 2018, Super Micro Computer, Inc. issued a press release stating that

2  "the Nasdaq Hearings Panel (the 'Panel') of The Nasdaq Stock Market ('Nasdaq') has granted the

3  Company's request to continue its listing on Nasdaq through August 24, 2018, subject to the

4  condition that the Company becomes current with its [U.S. Securities and Exchange Commission

5  'SEC'] filings by that date . . .";

6    WHEREAS, because the Company's anticipated SEC filings (or potential delisting) are

7  expected by lead plaintiff to bear directly on lead plaintiff's allegations and likely will be

8  incorporated into a consolidated complaint, the parties propose a schedule, subject to the Court's

9  approval, that allows time for lead plaintiff to assess the content of the Company's delinquent filings

10  with the SEC before filing the consolidated complaint, as well as the continuance of the Initial Case

11  Management Conference (and related Joint Case Management Statement);

12    WHEREAS, the proposed schedule would help avoid the unnecessary expenditure of judicial

13  resources or effort by the Court or the parties;

14    WHEREAS, undersigned counsel for Defendants are authorized to accept, and hereby does

15  accept, service of the summons and complaint in this matter on behalf of Defendants, without

16  prejudice and without waiver of any of Defendants' defenses, objections, or arguments in this matter

17  or any other matter, except as to sufficiency of service of process; and

18    WHEREAS, Defendants intend to file a motion to dismiss, which would trigger a stay of

19  discovery under the Reform Act, 15 U.S.C. §78u-4(b)(3)(B);

20    NOW THEREFORE, the undersigned parties, by and through their counsel of record,

21  stipulate as follows:

22    1.    Defendants hereby waive service of the summons and Complaint and accept service

23  of the Complaint as of the date of this Stipulation;

24    2.    Lead plaintiff shall file and serve a consolidated complaint no later than September

25  24, 2018;

26    3.    Defendants shall file and serve any answer or other response within forty-five (45)

27  days of service of the consolidated complaint;

28

1    4.    Lead plaintiff shall file and serve any opposition to Defendants' motion to dismiss

2 within forty-five (45) days of service of the motion to dismiss;

3    5.    Defendants shall file and serve any reply brief in support of the motion to dismiss

4 within thirty (30) days of service of any opposition brief; and

5    6.    The Initial Case Management Conference, currently scheduled for August 29, 2018 at

6 2:00 p.m., is adjourned to such other date and time as this Court shall order.  Until the date of such

7 Case Management Conference, the stay of discovery shall remain in place, subject to the parties'

8 right to seek to lift the stay pursuant to 15 U.S.C. §78u-4(b)(3)(B).

9 DATED:  June 25, 2018                    ROBBINS GELLER RUDMAN
                                             & DOWD LLP
10                                          SHAWN A. WILLIAMS
                                           DANIEL J. PFEFFERBAUM
11

12
                                                s/ Daniel J. Pfefferbaum
13                                          DANIEL J. PFEFFERBAUM

14                                          Post Montgomery Center
                                           One Montgomery Street, Suite 1800
15                                          San Francisco, CA  94104
                                           Telephone:  415/288-4545
16                                          415/288-4534 (fax)

17                                          Lead Counsel for Plaintiffs

18

19 DATED:  June 25, 2018                    JONES DAY
                                           STEPHEN D. HIBBARD
20                                          JOHN C. TANG

21

22                                              s/ Stephen D. Hibbard
                                           STEPHEN D. HIBBARD
23
                                           555 California Street
24                                          26th Floor
                                           San Francisco, CA  94104
25                                          Telephone: 415/875-5809
                                           415/ 875-5700 (fax)
26
                                           Counsel for Defendants
27

28

1       I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this

2  JOINT STIPULATION AND [PROPOSED] ORDER RE: FILING OF CONSOLIDATED

3  COMPLAINT BY LEAD PLAINTIFF, DEFENDANTS' RESPONSE THERETO, AND

4  CONTINUING INITIAL CASE MANAGEMENT CONFERENCE.  In compliance with Local Rule

5  5-1(i)(3), I hereby attest that counsel for Defendants, Stephen D. Hibbard, concurs in this filing.

6       Dated:  June 25, 2018

7                                              s/ Daniel J. Pfefferbaum

8                                       DANIEL J. PFEFFERBAUM

9

10                          *     *     *

11                          **O R D E R**

12       IT IS SO ORDERED.

13  DATED:  June 26, 2018

14                        THE HONORABLE JON S. TIGAR

                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1442805_2

JOINT STIP AND [PROPOSED] ORDER RE: FILING OF CONSOLIDATED COMPLAINT BY LEAD
PLTFF, DEFS' RESPONSE THERETO, AND CONTINUING INITIAL CMC - 3:18-cv-00838-JST   - 4 -