NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
D. SCOTT CARLTON (SB# 239151)
scottcarlton@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendant
HOWARD HIDESHIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGAN HESSEFORT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG, HOWARD HIDESHIMA and PERRY G. HAYES,<br><br>Defendants. | LEAD CASE NO. 3:18-cv-00838-JST<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT HOWARD HIDESHIMA; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendant Howard Hideshima has retained Paul Hastings LLP to substitute as counsel for Jones Day in the above-captioned matter.

Withdrawing counsel for Howard Hideshima are:

> STEPHEN D. HIBBARD (SB# 177865)
> sdhibbard@jonesday.com
> JONES DAY
> 555 California Street
> Twenty-Sixth Floor
> San Francisco, CA 94104
> Telephone: (415) 875-5809
> Fascimile: (415) 875-5700
>
> JOHN C. TANG (SB# 212371)
> jctang@jonesday.com
> JONES DAY
> 555 California Street
> Twenty-Sixth Floor
> San Francisco, CA 94104
> Telephone: (415) 875-5892
> Facsimile: (414) 875-5700

Therefore, all pleadings, orders, and other notices should hereafter be served upon the following, substituted counsel for Howard Hideshima:

> NICOLAS MORGAN (SB# 166441)
> nicolasmorgan@paulhastings.com
> PAUL HASTINGS LLP
> 515 South Flower Street
> Twenty-Fifth Floor
> Los Angeles, CA 90071-2228
> Telephone: (213) 683-6000
> Facsimile: (213) 627-0705
>
> D. SCOTT CARLTON (SB# 239151)
> scottcarlton@paulhastings.com
> PAUL HASTINGS LLP
> 515 South Flower Street
> Twenty-Fifth Floor
> Los Angeles, CA 90071-2228
> Telephone: (213) 683-6000
> Facsimile: (213) 627-0705

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: October 25, 2018                HOWARD HIDESHIMA

By: _____
HOWARD HIDESHIMA, Defendant

LEAD CASE NO. 3:18-cv-00838-JST            1            NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT HOWARD HIDESHIMA; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: October 25, 2018 | JONES DAY |
| 2 | | By: _____/s/ Stephen D. Hibbard_____ |
| 3 | | STEPHEN D. HIBBARD |
| 4 | DATED: October 25, 2018 | PAUL HASTINGS LLP |
| 5 | | By: _____/s/ D. Scott Carlton_____ |
| 6 | | D. SCOTT CARLTON |

    I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

| | | |
|---|---|---|
| 9 | DATED: October 25, 2018 | PAUL HASTINGS LLP |
| 10 | | By: _____/s/ D. Scott Carlton_____ |
| 11 | | D. SCOTT CARLTON |

**~~PROPOSED~~ ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: October 29, 2018

_____
THE HONORABLE JOHN S. TIGAR
UNITED STATES DISTRICT JUDGE