Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
John C. Tang (State Bar No. 212371)
jctang@jonesday.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for Defendants
SUPER MICRO COMPUTER, INC., CHARLES
LIANG, and PERRY G. HAYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGAN HESSEFORT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG, HOWARD HIDESHIMA, and PERRY G. HAYES,<br><br>Defendants. | Case No. 3:18-CV-00838-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT BY LEAD PLAINTIFF AND OTHER DEADLINES RELATED TO PLEADINGS** |

WHEREAS, on June 25, 2018, the parties stipulated to and filed with the Court a proposed schedule governing the deadlines related to pleadings in this matter, and on June 26, 2018, the Court filed its order approving the June 25, 2018 Joint Stipulation ("June 26, 2018 Scheduling Order");

WHEREAS, on November 5, 2018, the parties stipulated to and filed with the Court a stipulation ("November 5, 2018 Joint Stipulation"), which provided that in the event the Company made an announcement on or before November 21, 2018 that its historical financials can no longer be relied upon and/or a restatement of historical financials is warranted, the parties shall present for the Court's consideration a new proposed schedule for an amendment to the Consolidated Complaint and any response thereto to supersede the June 26, 2018 Scheduling Order, and otherwise, on or before November 21, 2018, the Defendants shall file and serve their responses to the Consolidated Complaint with briefing on any motion to dismiss to proceed as set forth in the June 26, 2018 Scheduling Order;

WHEREAS, on November 7, 2018, the Court filed its order approving the November 5, 2018 Joint Stipulation;

WHEREAS, on November 15, 2018, the Company filed a Form 8-K with the U.S. Securities and Exchange Commission in which the Company announced that certain of the Company's financial statements previously issued should no longer be relied upon because of errors, and that the Company intends to restate its financial statements for prior periods as required and provided preliminary estimates for changes in revenue ("November 15, 2018 Form 8-K");

WHEREAS, after meeting and conferring, in order to avoid the unnecessary expenditure of judicial resources or effort by the Court or the parties, the parties have agreed to a proposed schedule, subject to the Court's approval, which will allow time for lead plaintiff to assess the November 15, 2018 Form 8-K and file an amended complaint;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Lead plaintiff shall file and serve an amended complaint no later than January 22, 2019;

2. Defendants shall file and serve any answer or other response within forty-five (45) days of service of the amended complaint;

3. Lead plaintiff shall file and serve any opposition to any motion to dismiss filed by Defendants within forty-five (45) days of service of the motion to dismiss;

4. Defendants shall file and serve any reply brief in support of any motion to dismiss filed by Defendants within thirty (30) days of service of any opposition brief;

5. The Initial Case Management Conference remains adjourned to such other date and time as this Court shall order. Until the date of such Case Management Conference, the stay of discovery shall remain in place, subject to the parties' right to seek to lift the stay pursuant to 15 U.S.C. §78u-4(b)(3)(B).

DATED: November 21, 2018            JONES DAY

/s/ Stephen D. Hibbard
Stephen D. Hibbard
John C. Tang
Nathaniel P. Garrett
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415-875-5809

Counsel for Super Micro Computer, Inc., Charles Liang, and Perry G. Hayes

DATED: November 21, 2018            PAUL HASTINGS LLP

/s/ Nicolas Morgan
Nicolas Morgan
D. Scott Carlton
515 South Flower Street, 25th Floor

- 2 -
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT BY LEAD PLAINTIFF AND OTHER DEADLINES RELATED TO PLEADINGS - 3:18-CV-00838-JST

| | |
|---|---|
| | Los Angeles, CA 90072<br>Telephone: 213-683-6181 |
| | Counsel for Defendant Howard Hideshima |
| DATED: November 21, 2018 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | */s/ Daniel J. Pfefferbaum*<br>Shawn A. Williams<br>Daniel J. Pfefferbaum<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415-288-4545 |
| | Counsel for Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund |

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT BY LEAD PLAINTIFF AND OTHER DEADLINES RELATED TO PLEADINGS. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Lead Plaintiff, Daniel J. Pfefferbaum, and Defendant Howard Hideshima, Nicolas Morgan, concur in this filing.

DATED: November 21, 2018

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard

\*   \*   \*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: November 27, 2018

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT BY LEAD PLAINTIFF AND OTHER DEADLINES RELATED TO PLEADINGS - 3:18-CV-00838-JST