1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   DANIEL J. PFEFFERBAUM (248631)
3  ARMEN ZOHRABIAN (230492)
   Post Montgomery Center
4  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  shawnw@rgrdlaw.com
   dpfefferbaum@rgrdlaw.com
7  azohrabian@rgrdlaw.com

8  Lead Counsel for Plaintiffs

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGAN HESSEFORT, Individually and on Behalf of All Others Similarly Situated, ) ) | Lead Case No. 3:18-cv-00838-JST |
| ) Plaintiff, ) | <u>CLASS ACTION</u> |
| ) vs. ) ) | JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE FILING OF CONSOLIDATED MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS |
| SUPER MICRO COMPUTER, INC., et al., ) ) Defendants. ) ) | |

1553390_1

1 | WHEREAS, on March 8, 2019, Defendants Super Micro Computer, Inc., Charles Liang, and Perry G. Hayes ("Super Micro Defendants") and Defendant Howard Hideshima ("Defendant Hideshima") separately filed motions to dismiss the First Amended Consolidated Class Action Complaint for Violations of the Securities Laws filed by Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund ("Plaintiff") (ECF. Nos. 61-63);

WHEREAS, Plaintiff may file two separate memoranda, up to 25 pages each, in response to the motions to dismiss;

WHEREAS, Civil L.R. 7-4(b) states that "[u]nless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text"; and

WHEREAS, Plaintiff seeks to file a single consolidated opposition memorandum, not exceeding 30 pages, exclusive of the caption page, tables of contents and authorities, in response to the motions to dismiss which Plaintiff believes will help to avoid duplication of argument that would otherwise occur with separate briefing and will be more efficient for the parties and the Court.

NOW THEREFORE, pursuant to Civil L.R. 7-12, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Plaintiffs shall be permitted to file a single consolidated opposition memorandum, not exceeding 30 pages, exclusive of the caption page, tables of contents and authorities.

DATED: April 15, 2019
ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
ARMEN ZOHRABIAN

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| DATED: April 15, 2019 | | JONES DAY<br>STEPHEN D. HIBBARD<br>JOHN C. TANG |

                                                                      s/ John C. Tang
                                                                         JOHN C. TANG

555 California Street
26th Floor
San Francisco, CA 94104
Telephone: 415/875-5809
415/ 875-5700 (fax)

Counsel for Super Micro Defendants

| | | |
|---|---|---|
| DATED: April 15. 2019 | | PAUL HASTINGS LLP<br>NICOLAS MORGAN<br>D. SCOTT CARLTON |

                                                                      s/ D. Scott Carlton
                                                                      D. SCOTT CARLTON

515 South Flower Street
25th Floor
Los Angeles, CA 90071
Telephone: 213 683-6000
Facsimile: 213 627-0705

Counsel for Defendant Hideshima

I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER RE FILING OF CONSOLIDATED MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Super Micro Defendants, John C. Tang and counsel for Defendant Hideshima, D. Scott Carlton, concur in this filing.

DATED: April 15, 2019

                                                                      s/ Daniel J. Pfefferbaum
                                                                   DANIEL J. PFEFFERBAUM

1553390_1

JOINT STIPULATION AND [PROPOSED] ORDER RE FILING OF CONSOLIDATED
MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS - 3:18-cv-00838-JST - 2 -

```
 1                              *    *    *
 2                                 **O R D E R**
 3            PURSUANT TO STIPULATION, IT IS SO ORDERED.
 4
 5
 6   DATED:  April 15, 2019              _____
                                         THE HONORABLE JON S. TIGAR
 7                                       UNITED STATES DISTRICT JUDGE
```

1553390_1

JOINT STIPULATION AND [PROPOSED] ORDER RE FILING OF CONSOLIDATED
MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS - 3:18-cv-00838-JST          - 3 -