# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SHIVA STEIN, derivatively on behalf of SUPER MICRO COMPUTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES LIANG, CHIU-CHU LIU LIANG, HWEI-MING TSAI, SHERMAN TUAN, MICHAEL S. MCANDREWS, SARIA TSENG, YIH-SHYAN LIAW, LAURA BLACK, and HOWARD HIDESHIMA, <br><br> Defendants, <br><br> and <br><br> SUPER MICRO COMPUTER, INC., <br><br> Nominal Defendant. | Case No: 21-cv-03357 SBA <br><br> **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jon S. Tigar to consider whether it is related to <u>Logan Hessefort v. Super Micro Computer, Inc., et al.</u>, 18-cv-00838-JST.

IT IS SO ORDERED.

Dated: 07/01/21

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge