Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
John C. Tang (State Bar No. 212371)
jctang@jonesday.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
Dennis F. Murphy, Jr. (State Bar No. 301008)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for Defendants
SUPER MICRO COMPUTER, INC. and
WALLY LIAW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

LOGAN HESSEFORT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SUPER MICRO COMPUTER, INC., et al.,

Defendants.

Lead Case No. 4:18-cv-00838-JST

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING AMENDING SCHEDULING ORDER**

Fourth Am. Compl. Filed: Oct. 14, 2020
Trial Date: None Set

Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund ("Lead Plaintiff") and Defendants Super Micro Computer, Inc., Charles Liang, Howard Hideshima, and Wally Liaw (collectively, "Defendants," and, together with Lead Plaintiff, the "Parties"), through their counsel of record, stipulate as follows:

WHEREAS, on April 27, 2021, the Court issued a Scheduling Order (ECF 129), setting November 1, 2021 as the deadline for Defendants' class certification opposition; December 22, 2021 as the deadline for Lead Plaintiff's reply; and January 20, 2022 at 2 p.m. for the class certification hearing;

WHEREAS, on September 1, 2021, Lead Plaintiff filed its Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel (ECF 143);

WHEREAS, on October 21, 2021, the Court entered a stipulation and order amending the Scheduling Order, where Defendants' deadline to oppose class certification was extended to December 22, 2021; Lead Plaintiff's deadline to reply was extended to February 9, 2022; and the hearing was continued to March 10, 2022 at 2 p.m. (ECF 145);

WHEREAS, prior to the date of his deposition scheduled for December 16, 2021, the Lead Plaintiff's representative experienced COVID-related symptoms and tested positive, along with a member of his family, and currently is recovering and unable to testify on the scheduled date;

WHEREAS, the Parties seek to further amend the Scheduling Order as to class certification briefing in order to allow Defendants to take the deposition of Lead Plaintiff and Lead Plaintiff's expert prior to Defendants' deadline to oppose class certification and believe good cause exists hereto;

WHEREAS, in the interest of allowing sufficient time for Lead Plaintiff's testifying representative to fully recover prior to the deposition, and in view of the upcoming holidays and prior professional commitments in early January for counsel for Lead Plaintiff and Defendants and their clients, where availability for depositions is limited, the Parties respectfully request to modify the class certification briefing deadlines as outlined below; and

WHEREAS, the Court has not yet set any other case management deadlines, including

fact or expert discovery cut-off or trial, thus no other deadlines will be affected by the below proposed modifications to the Scheduling Order.

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil L.R. 7-12, the undersigned parties, by and through their counsel of record, stipulate as follows, subject to Court approval:

1. Defendants' deadline to file and serve their class certification opposition is extended from December 22, 2021 to January 31, 2022;

2. Lead Plaintiff's deadline to file and serve its class certification reply is extended from February 9, 2022 to March 23, 2022; and

3. The class certification hearing is continued from March 10, 2022 to April 21, 2022 at 2 p.m., or at such other date and time suitable for the Court.

Dated: December 16, 2021

Respectfully submitted,

JONES DAY

By: */s/ Stephen D. Hibbard*
Stephen D. Hibbard

Counsel for Defendants
SUPER MICRO COMPUTER, INC. and WALLY LIAW

ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/ Daniel J. Pfefferbaum*
Daniel J. Pfefferbaum

Shawn A. Williams (SBN 213113)
shawnw@rgrdlaw.com
Daniel J. Pfefferbaum (SBN 248631)
dpfefferbaum@rgrdlaw.com
Patton L. Johnson (SBN 320631)
pjohnson@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: +1.415.288.4545
Facsimile: +1.415.288.4534

Counsel for Lead Plaintiff

BERGESON, LLP

By: */s/ Caroline McIntyre*
Caroline McIntyre

Daniel J. Bergeson (SBN 105439)
dbergeson@be-law.com
Caroline McIntyre (SBN 159005)
cmcintyre@be-law.com
111 N. Market St., Suite 600
San Jose, CA 95113
Telephone: +1.408.291.6200
Facsimile: +1.408.297.6000

Counsel for Defendant
CHARLES LIANG

PAUL HASTINGS LLP

By: */s/ D. Scott Carlton*
D. Scott Carlton

Nicolas Morgan (SBN 166441)
nicolasmorgan@paulhastings.com
D. Scott Carlton (SBN 239151)
scottcarlton@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: +1.213.683.6000
Facsimile: +1.213.627.0705

Counsel for Defendant
HOWARD HIDESHIMA

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING AMENDING SCHEDULING ORDER. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all signatories concur in this filing.

DATED: December 16, 2021

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 20, 2021

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE