UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN HESSEFORT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SUPER MICRO COMPUTER, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 18-cv-00838-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 152 |

Before the Court is Plaintiff's motion for preliminary approval of proposed settlement. ECF No. 152. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 2, 2022, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 25, 2022



JON S. TIGAR
United States District Judge